**No. 41305.**—Protest 931976–G of E. E. Marks Co. (New York).

Opinion by CLINE, J. It appeared that the anise seed is not capable of being marked. It was packed in bags which were marked "Product of Tongking." The goods were shipped from Marseilles, France. It appeared that Tongking is a protectorate of France. It was therefore held that the marking was within the customs regulations published in T. D. 46978 and held reasonable in *Mitsui* v. *United States* (T. D. 49357). The protest was therefore sustained.

**No. 41306.**—Protest 814153–G of Cosmopolitan Import Co., Inc. (New York).

Opinion by CLINE, J. On the record presented the protest was overruled.

BEFORE THE FIRST DIVISION, MAY 15, 1939

**No. 41307.**—Protest 924432–G of A. Dunhill of London, Inc. (New York).

Opinion by SULLIVAN, J. In view of the testimony of the examiner that the lighters, of which Exhibits 5 and 8 are a part, are worth more than $5 per dozen, the former holding was reiterated and the protest again sustained.

BEFORE THE SECOND DIVISION, MAY 15, 1939

**No. 41308.**—Protest 946572–G of Ades Brothers (San Francisco).

Opinion by TILSON, J. The record established that certain items consist of plain drawnwork handkerchiefs in chief value of linen valued at over 80 cents per dozen. The protest was therefore sustained.